THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK LAYDON, Appellant.

*People* v. *Laydon*, 158 App. Div. 906, affirmed.
(Argued March 27, 1914; decided April 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*James C. Cropsey, District Attorney (Edward A. Freshman* and *Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion,
Concur: WILLARD BARTLETT, Ch. J.; WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.